**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

- against -

MOLLY PICON LLC d/b/a Jack's Wife Freda,

                Defendants.
------------------------------------------------------------X

Case No.   1:21-cv-4463-WFK-VMS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Molly Picon LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
       October 13, 2021

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                    By: */s/Dan Shaked*_____
                                        Dan Shaked, Esq.
                                        14 Harwood Court, Suite 415
                                        Scarsdale, NY 10583
                                        Tel. (917) 373-9128
                                        Fax (718) 704-7555
                                        e-mail: ShakedLawGroup@Gmail.com

                                               **SO ORDERED.**
                                                 s/ WFK

Dated: October 14, 2021
       Brooklyn, NY
                                                 _____
                                                 HON. WILLIAM F. KUNTZ, II
                                                 U.S.D.J.